Carolyn D. Phillips   #103045
Attorney at Law
P. O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for defendant Peter Brown

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06-mj-086 WMW |
| ) Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. ) | |
| PETER BROWN, ) | Date: January 23, 2007<br>Time: 10 a.m.<br>Judge W. M. Wunderlich |
| ) Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for December 5, 2006 may be continued to January 23, 2007 at 10:00 a.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C.

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
*U. S. v. Peter Brown, Case No. 0-mj-086 WMW*

1

§3161(h)(8)(A).

Dated: December 4, 2006          Respectfully submitted,

                                  /s/ Carolyn D. Phillips
                                  CAROLYN D. PHILLIPS
                                  Attorney for Peter Brown

Dated: December 4, 2006          NATIONAL PARK SERVICE

                                  /s/ Elizabeth Waldow
                                  Elizabeth Waldow
                                  National Park Service

                                  **ORDER**

IT IS SO ORDERED.

Dated: 12-5-06
                                  HON. WILLIAM M. WUNDERLICH
                                  UNITED STATES MAGISTRATE JUDGE

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
U. S. v. Peter Brown, Case No. 0-mj-086 WMW

2